IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ISAAC JEROME SMITH,

    Petitioner,

v.                                          CIVIL ACTION NO. 1:15-11533

B.H. ROMERO, Warden

    Respondent.

**MEMORANDUM OPINION AND ORDER**

    By Standing Order, this matter was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings and recommendations ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 4.)

    Magistrate Judge Eifert submitted to the court her PF&R on February 16, 2017, in which she recommended that the Court deny the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Petitioner's Motion for Summary Judgment; grant Respondent's Motion to Dismiss; dismiss this action with prejudice, and remove it from the docket of the court.

    In accordance with 28 U.S.C. § 636(b), the parties were allotted seventeen days in which to file any objections to Magistrate Judge Eifert's PF&R.  The failure of any party to file such objections within the time allotted constitutes a waiver of such party's right to a de novo review by this court.

Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).  Neither party filed any objections to the Magistrate Judge's PF&R within the required time period.

Accordingly, the court adopts Magistrate Judge Eifert's PF&R as follows:

1) The Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 2) is **DENIED**;

2) Respondent's Motion to Dismiss (Doc. No. 8) is **GRANTED**;

3) Petitioner's Motion for Summary Judgment (Doc. No. 20) is **DENIED**; and

4) This action is **DISMISSED**, with prejudice, and the Clerk is directed to remove this matter from the docket of the court.

Additionally, the court has considered whether to grant a certificate of appealability.  See 28 U.S.C. § 2253(c).  A certificate will not be granted unless there is "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied only upon a showing that reasonable jurists would find that any assessment of the constitutional claims by this court is debatable or wrong and that any dispositive procedural ruling is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,

683—84 (4th Cir. 2001). The court concludes that the governing standard is not satisfied in this instance. Accordingly, the court **DENIES** a certificate of appealability.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to counsel of record and to Petitioner.

It is **SO ORDERED** this 20th day of March, 2017.

ENTER:

David A. Faber
Senior United States District Judge